IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 2 4 2013

MATTHEW J. DYKMAN
CLERK

UNITED STATES OF AMERICA

*Plaintiff,*

vs.

Case No. 1:08CR02710-001 LH

Banavidaz, Herminio  *Defendant.*

## ORDER

DEFENDANT having satisfied the conditions of his/her bond and being entitled to have the same discharged and monies deposited as surety therefor returned to the person having deposited the same.

IT IS ORDERED that the defendant's bond is hereby discharged and exonerated and the Clerk is directed to issue a registry check in the sum of $_____ or return the corporate surety or property bond in the amount of $ 75,000.00 .

payable to:  Manuel Benavidez
712 ½ Union Street
STREET ADDRESS/ P.O. BOX
Las Vegas,    New Mexico    87701
CITY            STATE            ZIP CODE

DONE at this Court, this ___23d___ day of ___July___, 20_13_.

UNITED STATES DISTRICT JUDGE